```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34065
    FAITH HENDERSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-6895

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 09/14/2004 and was confirmed 11/18/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 06/26/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ACCESS DIABETIC SUPPLY     UNSECURED         NOT FILED         .00           .00
AMERICASH LOANS LLC        UNSECURED            743.57         .00        548.47
AMERICASH LOANS LLC        UNSECURED            515.06         .00        379.93
BRYLANE HOME               UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO            UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO            NOTICE ONLY       NOT FILED         .00           .00
COMCAST                    UNSECURED         NOT FILED         .00           .00
COUNTRY DOOR               UNSECURED         NOT FILED         .00           .00
CREDIT ACCEPTANCE CORP     UNSECURED           3355.27         .00       2474.91
FBCS INC                   UNSECURED         NOT FILED         .00           .00
LANE BRYANT                UNSECURED         NOT FILED         .00           .00
LAREDOUTE                  UNSECURED         NOT FILED         .00           .00
MASSEYS                    UNSECURED         NOT FILED         .00           .00
PAYROLL LOANS DIRECT       UNSECURED         NOT FILED         .00           .00
PAYROLL LOANS DIRECT       UNSECURED         NOT FILED         .00           .00
PROFFESSIONAL ACCOUNT MG   UNSECURED         NOT FILED         .00           .00
SIR FINANCE                UNSECURED           1224.00         .00        902.85
SPRINT PCS                 UNSECURED         NOT FILED         .00           .00
ST FRANCIS HOSPITAL HEAL   UNSECURED         NOT FILED         .00           .00
TRUSTMARK RECOVERY         UNSECURED         NOT FILED         .00           .00
UNIVERSITY OF CHICAGO HO   UNSECURED         NOT FILED         .00           .00
CREDIT ACCEPTANCE CORP     SECURED             4500.00      208.91       4500.00
CAPITAL ONE AUTO FINANCE   UNSECURED           8058.45         .00       5944.08
GREGORY EMERGENCY PHYSIC   UNSECURED            405.00         .00        298.73
MELVIN J KAPLAN            DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                      1,022.12
DEBTOR REFUND              REFUND                                         246.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 34065 FAITH HENDERSON

```
TRUSTEE                                  19,226.00

PRIORITY                                                            .00
SECURED                                                        4,500.00
    INTEREST                                                     208.91
UNSECURED                                                     10,548.97
ADMINISTRATIVE                                                 2,700.00
TRUSTEE COMPENSATION                                           1,022.12
DEBTOR REFUND                                                    246.00
                                     ---------------   ---------------
TOTALS                                   19,226.00         19,226.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 09/25/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 04 B 34065 FAITH HENDERSON